J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
cjorgensen@lewisroca.com

*Attorneys for Defendant PTI Union, LLC
a/k/a Pharma Tech Industries*

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| KATHERINE KESTERSON, Individually and as Special Administrator and Heir to the Estate of SCOTT KESTERSON, Deceased; and KATHERINE KESTERSON, as Parent and Legal Guardian for minors CORA KESTERSON and HATTIE KESTERSON, Individually and as Heirs of the Estate of SCOTT KESTERSON, Deceased,<br><br>       Plaintiff,<br><br>v.<br><br>BARRETTS MINERALS INC.; CHATTEM, INC. (sued individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY d/b/a THE GOLD BOND COMPANY); PTI UNION, LLC a/k/a PHARMA TECH INDUSTRIES; SPECIALTY MINERALS INC. (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.); and DOES 1-450,<br><br>       Defendants. | Case No. 2:21-cv-01179-JAD-EJY<br><br>**ORDER GRANTING**<br><br>**JOINT MOTION DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT PTI UNION, LLC a/k/a PHARMA TECH INDUSTRIES ONLY**<br><br>ECF No. 24 |

Plaintiffs KATHERINE KESTERSON, individually and as Parent and Legal Guardian for minors CORA KESTERSON and HATTIE KESTERSON, as heirs of the Estate of Scott Kesterson ("Plaintiffs") and defendant PTI UNION, LLC a/k/a PHARMA TECH INDUSTRIES, by and through their respective counsel, request that the above-captioned matter be dismissed without prejudice as to defendant PTI UNION, LLC a/k/a

114941804.1

PHARMA TECH INDUSTRIES only, pursuant to FRCP 41(a)(2).  Each party shall bear their own attorney fees and costs incurred herein.

DATED this 19 day of July, 2021
HENNESS & HAIGHT INJURY LAW

By: _____
Shaun K. Muaina, Esq.
Nevada Bar No. 12829
8972 Spanish Ridge Avenue
Las Vegas, NV  89148

DATED this 9th day of August, 2021
LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: _____
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada  89169

*Attorneys for Defendant, PTI Union, LLC a/k/a Pharma Tech Industries*

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the joint motion to dismiss the claims against Defendant PTI Union, LLC aka Pharma Tech Industries **[ECF No. 24] is GRANTED.  The claims against Defendant PTI Union, LLC aka Pharma Tech Industries are DISMISSED** without prejudice and PTI Union, LLC's motion to dismiss **[ECF No. 12] is DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2021

- 2 -

114941804.1