UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KATHERINE KESTERSON,
individually and as Special Administrator
and Heir to the Estate of SCOTT
KESTERSON, Deceased; and
KATHERINE KESTERSON, as Parent
and Legal Guardian for minors, C.K. and
H.K., individually and as Heirs to the
Estate of SCOTT KESTERSON,
deceased,

        Plaintiffs,

    v.

BARRETTS MINERALS, INC.; CHATTEM,
INC.; (sued individually and as successor-in-
interest to BLOCK DRUG CORPORATION,
successor-in-interest to THE GOLD BOND
STERILIZING POWDER COMPANY); a/k/a
THE GOLD BOND COMPANY); PTI
UNION, LLC a/k/a PHARMA TECH
INDUSTRIES; SPECIALTY MINERALS
INC. (sued individually and as a subsidiary of
MINERALS TECHNOLOGIES INC) and
DOES 1-450,

        Defendants.

Case No. 2:21-cv-01179-JAD-EJY

**ORDER**

Pending before the Court is the Amended Stipulation to Amend the Scheduling Order Filed by the Clerk on August 10, 2021.  ECF No. 35.  This filing does not contain what is required in a stipulation to extend discovery dates.  Further, the Court advises the parties that while the Clerk's Office technically places documents on the docket, it is the Court that grants and files stipulations.

IT IS HEREBY ORDERED that the Amended Stipulation to Amend the Scheduling Order Filed by the Clerk on August 10, 2021 (ECF No. 35), is GRANTED in part and DENIED in part as follows:

- The expert disclosure deadline is extended to **June 6, 2022**;
- The rebuttal expert disclosure deadline is extended to **June 20, 2022**;

- The discovery deadline is extended to **July 15, 2022** (all discovery must be completed by this date);

- The deadline to file dispositive motions is **August 15, 2022**; and,

- The deadline to file the joint pretrial order is **September 15, 2022**; provided, however, that if dispositive motions are pending at that time, the deadline to file the joint pretrial order is extended to 30 days after the Court rules on such motions.

The deadline for pretrial submissions such as motions in limine, exhibit list, and voir dire is denied.  The parties are referred to Local Rule 16-3.

Dated this 24th day of January, 2022.

_____

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE