1  JAMES E. CAVANAUGH, ESQ.
   Nevada Bar No. 6929
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   300 South 4th Street, Ste. 1550
3  Las Vegas, NV 89101
   Telephone: (702) 577-9300
4  Direct Line: (702) 577-9305
   Facsimile: (702) 255-2858
5  Email: jecavanaugh@grsm.com

6  *Attorneys for Defendant*
   *CHATTEM, INC.*
7
                          **UNITED STATES DISTICT COURT**
8
                              **DISTRICT OF NEVADA**
9

10  KATHERINE KESTERSON, Individually      )   CASE NO.: 2:21-cv-01179-CDS-EJY
    and as Special Administrator and Heir to the )
11  Estate of SCOTT KESTERSON, Deceased;   )
    and KATHERINE KESTERSON, as Parent     )
12  and Legal Guardian for minors, C.K and )   **STIPULATION TO AMEND THE**
    H.K., Individually and as Heirs to the Estate )   **SCHEDULING ORDER**
13  of SCOTT KESTERSON, Deceased,,         )
                                           )   Complaint Filed: May 19, 2021
14                 Plaintiffs,             )
                                           )
15          vs.                            )
                                           )
16  BARRETTS MINERALS, INC; CHATTEM,       )
    INC; (sued individually and as successor-in- )
17  interest to BLOCK DRUG CORPORATION,    )
    successor-in-interest to THE GOLD BOND )
18  STERILIZING POWDER COMPANY);           )
    a/k/a THE GOLD BOND COMPANY); PTI      )
19  UNION, LLC a/k/a PHARMA TECH           )
    INDUSTRIES; SPECIALTY MINERALS         )
20  INC. (sued individually and as a subsidiary of )
    MINERALS TECHNOLOGIES INC.) and        )
21  DOES 1-450                             )
                                           )
22                 Defendants.             )
                                           )

23      The Parties, having conferred, hereby stipulate and move this Court for an Order

24  extending the pending deadlines for sixty (60) days. In support of this Stipulation to Amend

25  the Scheduling Order, the Parties state that there is good cause for this continuance as

26  there remains limited fact discovery to be completed that has taken longer than anticipated

27  given the complex nature of the litigation, multiple fact depositions to be completed,

28

1  complexity of expert discovery, time needed for the gathering of employment, medical, social
2  security, pathology and other records. Further, originally, the parties suffered extended delays
3  due to the Shelter-In-Place orders as a result of the COVID-19 pandemic. Said orders rendered
4  it difficult for counsel to prepare for and take the necessary depositions of witnesses that reside
5  out of state.  Since then, the parties have completed the majority of fact discovery, with only
6  one or two witness/non-expert depositions remaining.

7  In accordance with Local Rule 26-3, the following discovery has been completed: 1)
8  The parties have exchanged initial disclosures; 2) the parties have engaged in written
9  discovery, including document production and review; 3) Plaintiffs provided medical
10 authorizations, records and pathology material to defendants for review; 4) The Parties have
11 engaged in fact witness depositions, including of Scott Kesterson (now deceased) and
12 corporate representatives;

13 The following fact discovery remains to be to completed : 1) Depositions of two fact
14 witnesses that reside out of state; 2) Further review of Decedent Scott Kesterson's updated
15 medical records, exposure information and pathology materials which date back several
16 decades. These depositions and record review need to be completed before the parties' experts
17 can move forward with their review and complete their opinions.  Further, the Parties have
18 been coordinating discovery in this case with a related action pending in United States District
19 Court, Central District of California under case number 2:20-cv-03555, to avoid duplicative
20 depositions and streamline the cases.

21 The Parties anticipate needing a continuance of the current deadlines by sixty (60) days
22 to complete discovery. The parties do not anticipate a further continuance. Both Plaintiffs and
23 Defendants will continue to work diligently to accomplish and complete the necessary
24 depositions needed to bring this case to resolution with minimal burden on the Court. The
25 Parties believe there is good cause to move these deadlines, and do not make this motion for
26 the purposes of delay.

27 A proposed Amended Scheduling Order consistent with the below is filed concurrently
28 herewith.

| Event | Current Deadline/Hearing | ~~Proposed~~ New Deadline |
|---|---|---|
| Expert Disclosure with Reports | June 6, 2022 | August 5, 2022 |
| Expert Rebuttal Disclosure | June 20, 2022 | August 19, 2022 |
| Fact and Expert Discovery Cutoff | July 15, 2022 | September 16, 2022 |
| Last day to file Dispositive Motions | August 15, 2022 | October 14, 2022 |
| Deadline to File Joint Pretrial Order | September 15, 2022 | November 18, 2022 |

DATED 7th day of June 2022.                     DATED this 7th day of June 2022.

**GORDON REES SCULLY**                          **SIMON GREENSTONE**
**MANSUKHANI, LLP**

*/s/ James E. Cavanaugh*                        */s/ Albert Oganesyan*
JAMES E. CAVANAUGH, ESQ.                        ALBERT OGANESYAN, ESQ.
Nevada Bar No. 6929                             California Bar No. 285637
300 South 4th Street, Ste. 1550                 *(Admitted Pro Hac Vice)*
Las Vegas, NV 89101                             3780 Kilroy Airport Way, Ste. 450
**Attorneys for Defendant,**                    *Long Beach, CA 90806*
**CHATTEM, INC.**                               **Attorneys for Plaintiff,**
                                                **KATHERINE KESTERSON**

///

///

///

///

///

///

///

///

///

///

-3-
STIPULATION TO AMEND THE SCHEDULING ORDER

1  DATED this 7th day of June 2022.

2  **ALVERSON TAYLOR & SANDERS**

4  */s/ Omar Nagy*_____
   OMAR NAGY, ESQ.
   Nevada Bar No. 15293
   6605 Grand Montecito Parkway, Ste. 200
   Las Vegas, NV 89149
   *Attorneys for Defendant,*
   *BARRETTS MINERALS, INC.*
   *SPECIALTY MINERALS, INC.*

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 8, 2022