LORI N. BROWN
Nevada Bar No. 8858
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Ste. 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct Line: (602) 794-3651
Facsimile: (702) 255-2858
Email: lbrown@grsm.com

*Attorneys for Defendant*
*CHATTEM, INC.*

**UNITED STATES DISTICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHERINE KESTERSON, Individually and as Special Administrator and Heir to the Estate of SCOTT KESTERSON, Deceased; and KATHERINE KESTERSON, as Parent and Legal Guardian for minors, C.K and H.K., Individually and as Heirs to the Estate of SCOTT KESTERSON, Deceased,, <br><br> Plaintiffs, <br><br> vs. <br><br> BARRETTS MINERALS, INC; CHATTEM, INC; (sued individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY); a/k/a THE GOLD BOND COMPANY); PTI UNION, LLC a/k/a PHARMA TECH INDUSTRIES; SPECIALTY MINERALS INC. (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.) and DOES 1-450 <br><br> Defendants. | CASE NO.: 2:21-cv-01179-JAD-EJY <br><br> **STIPULATION TO AMEND THE SCHEDULING ORDER (Fourth Request)** <br><br> Complaint Filed: May 19, 2021 |

///

///

The Parties, having conferred, hereby stipulate and move this Court for an Order extending the pending deadlines for 60 days. In support of this Stipulation to Amend the Scheduling Order, the Parties state that there is good cause for this continuance as the Parties have limited expert discovery to complete, including expert depositions. In accordance with Local Rule 26-3, the following discovery has been completed:

1. The Parties exchanged initial disclosures;
2. The Parties engaged in written discovery, including document production and review;
3. Plaintiffs provided medical authorizations, records, and pathology materials to Defendants for review;
4. The Parties complete fact witness depositions;
5. Plaintiff

The Parties still need to complete the following discovery:

1. Earnings statements for Scott Kesterson and Katherine Kesterson
2. Social security disability income for Mr. Kesterson; and
3. Other information related to the Plaintiffs' claimed economic damages and medical records.

This discovery is needed before experts can complete their reports. The Parties will also need to complete the depositions of experts following the disclosure of their initial reports and rebuttal reports. The Parties anticipate needing a continuance of the current deadlines by 60 days to complete the last remaining fact and expert discovery including coordinating depositions with experts availability. Both Plaintiffs and Defendants will continue to work diligently to accomplish and complete the last remaining discovery needed to bring this case to resolution with minimal burden on the Court.

The Parties believe there is good cause to move these deadlines, and do not make this motion for the purposes of delay.  A proposed Amended Scheduling Order consistent with the below is filed concurrently herewith.

Gordon Rees Scully Mansukhani, LLP
300 South Fourth Street, Ste. 1550
Las Vegs, NV 89101

| Event | Current Deadline | ~~Proposed~~ New Deadline |
|---|---|---|
| Expert Disclosure with Reports | October 4, 2022 | **December 5, 2022** |
| Expert Rebuttal Disclosure | October 18, 2022 | **December 19, 2022** |
| Fact and Expert Discovery Cutoff | November 15, 2022 | **January 17, 2023** |
| Last day to file Dispositive Motions | December 13, 2023 | **February 13, 2023** |
| Deadline to File Joint Pretrial Order | January 17, 2023 | **March 17, 2023** |

DATED this 25th day of October 2022.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Lori N. Brown*
LORI N. BROWN
Nevada Bar No. 8858
300 South 4th Street, Ste. 1550
Las Vegas, NV 89101
*Attorneys for Defendant,*
*CHATTEM, INC.*

DATED this 25th day of October 2022.

**SIMON GREENSTONE**

*/s/ Albert Oganesyan*
ALBERT OGANESYAN, ESQ.
California Bar No. 285637
*(Admitted Pro Hac Vice)*
3780 Kilroy Airport Way, Ste. 450

Long Beach, CA 90806
*Attorneys for Plaintiff,*
*KATHERINE KESTERSON*

DATED this 25th day of October 2022.

**ALVERSON TAYLOR & SANDERS**

*/s/ Omar Nagy*
OMAR NAGY, ESQ.
Nevada Bar No. 15293
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
*Attorneys for Defendant,*
*BARRETTS MINERALS, INC.*
*SPECIALTY MINERALS, INC.*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: October 25, 2022**