SHAUN K. MUAINA, ESQ., NV BAR No. 12829
**HENNESS & HAIGHT INJURY LAW**
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  (702) 862-8200
Facsimile: (702) 862-8204

ALBERT OGANESYAN, CA BAR No. 285637 (*pro hac vice*)
**SIMON GREENSTONE PANATIER, PC**
3760 Kilroy Airport Way, Suite 680
Long Beach, California 90806
Telephone (562) 590-3400
Facsimile (562) 590-3412

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE KESTERSON, Individually and as Special Administrator and Heir to the Estate of SCOTT KESTERSON, Deceased; and KATHERINE KESTERSON, as Parent and Legal Guardian for minors C.K. and H.K., Individually and as Heirs to the Estate of SCOTT KESTERSON, Deceased, <br><br> Plaintiffs <br><br> vs. <br><br> BARRETTS MINERALS INC., et al., <br><br> Defendants | Case No.  2:21-cv-01179-CDS-EJY <br><br> Removed from District Court Nevada, County of Clark, <br> Case No. A-21-834874-C <br><br> Assigned to: Hon. Cristina D. Silva <br><br><br> **STIPULATION DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT CHATTEM, INC. WITH PREJUDICE** |

STIPULATION DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT CHATTEM, INC. WITH PREJUDICE

Plaintiffs KATHERINE KESTERSON, Individually and as Special Administrator and Heir to the Estate of SCOTT KESTERSON, Deceased; and KATHERINE KESTERSON, as Parent and Legal Guardian for minors C.K. and H.K., Individually and as Heirs to the Estate of SCOTT KESTERSON, Deceased, and Defendant CHATTEM, INC. their respective and duly authorized counsel, hereby agree and stipulate to the dismissal with prejudice and without fees or costs of all claims which were asserted or which could have been asserted, by Plaintiffs against Defendant CHATTEM, INC. in the above-captioned action, under the authority of Fed. R. Civ. Proc. 41(a)(2).

WHEREFORE, the Parties respectfully request that the Court sign and enter the Order of Dismissal dismissing Plaintiffs' claims against CHATTEM, INC. with prejudice and without fees or costs to either party, under the authority of Fed. R. Civ. Proc. 41(a)(2).

DATED: April 8, 2024

By: */s/ Lori Brown*
_____
William L. Coggshall
Lori Brown
Attorneys for Defendant
CHATTEM, INC.

DATED: April 8, 2024

By: */s/ Shaun K. Muaina*
_____
SHAUN K. MUAINA, ESQ., NV BAR No. 12829
**HENNESS & HAIGHT INJURY LAW**
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148

ALBERT OGANESYAN, CA BAR No. 285637
(*pro hac vice pending*)
**SIMON GREENSTONE PANATIER, PC** 3780
Kilroy Airport Way, Suite 540
Long Beach, California 90806

Based on the parties' stipulation, defendant Chattem, Inc. is dismissed with prejudice, with each party to bear its own costs and fees. **IT IS ORDERED.**

_____
United States District Judge
Dated: April 10, 2024

STIPULATION DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT CHATTEM, INC. WITH PREJUDICE