UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Katherine Kesterson, et al.,

        Plaintiffs

v.

Barretts Minerals Inc., et al.,

        Defendants

Case No. 2:21-cv-01179-CDS-EJY

**Order Setting Status Conference**

    In March 2023, plaintiff Katherine Kesterson filed a notice of resolution indicating that this matter had been fully resolved, the parties were finalizing settlement documents, and intended to file requests for dismissals. ECF No. 56. Because no such filings were made in the year since Kesterson's notice of resolution was filed, the parties were ordered to submit a stipulation of dismissal, or a joint status report addressing the status of settlement, by April 18, 2024. Min. order, ECF No. 57. Five days later, a joint stipulation dismissing the claims against defendant Chattem, Inc. was filed. ECF No. 58. However, without any explanation for the continued delay, no stipulation of dismissal has been filed as to defendants Barretts Minerals Inc. and Specialty Minerals Inc.

    It is therefore ordered that the parties must appear on June 20, 2024 at 1:30 p.m. in LV Courtroom 6B to provide a status update. This hearing will be vacated if dismissal documents are filed before June 18, 2024.

    Dated: June 6, 2024

                                                Cristina D. Silva
                                               United States District Judge